■ In the Matter of ROGER BENSON, as President of the Public Employees Federation, et al., Appellants, v CITY OF ALBANY PLANNING BOARD et al., Respondents. [696 NYS2d 913] —Appeal from a judgment of the Supreme Court (Hughes, J.), entered January 20, 1999 in Albany County, which, in a proceeding pursuant to CPLR article 78, dismissed the petition due to petitioners' lack of standing.

Judgment affirmed, upon the opinion of Justice Harold J. Hughes.

Cardona, P. J., Mikoll, Yesawich Jr., Peters and Mugglin, JJ., concur. Ordered that the judgment is affirmed, without costs.